*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Chardae Taylor

    Debtor(s)

Case No: 23−12561−mdc

Chapter: 13

_____

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay 13 Petition fee of $313.00 .
will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court on

10/3/23 at 10:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107 .

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 21, 2023

14
Form 151