DocuSign Envelope ID: 3FBD1EAA-03CB-49F0-91E8-AE5AE2D7CF33



November 2, 2023

To Whom This May Concern,

Chardae Taylor is current realtor at KW Philly. Chardae has worked as an independent at KW Philly since June 24th, 2021.

Please contact me with any further inquiries.

Thank you,

DocuSigned by:

*Andrew Gismondi*
DE32025AB53E439...

Andrew Gismondi
Broker of Record
agismondi@kw.com