## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Chardae Taylor | |
| Debtor(s) | CHAPTER 13 |
| | |
| Lakeview Loan Servicing, LLC, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 23-12561 MDC |
| Chardae Taylor | |
| Debtor(s) | |
| | |
| Kenneth E. West | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for relief from Stay of Lakeview Loan Servicing, LLC, which was filed with the Court on or about February 19, 2024, Document No. 32 .

Dated: <u>April 3, 2024</u>

Respectfully submitted,


<u>/s/Michael P. Farrington</u>
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com