**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **CHARDAE TAYLOR**              :        **CHAPTER 13**

        *Debtor.*              :        **BKY. NO. 23-12561 (PMM)**

___

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325 (a)(8) AND (a)(9)**

I, Maggie S. Soboleski, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for **APRIL 25, 2024** in the above referenced bankruptcy case:

1. The Debtor is current with all post-petition obligations.

2. The Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is signed by counsel of the Debtor, counsel certifies that Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By: */s/Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: APRIL 24, 2024