**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **CHARDAE TAYLOR,** | : | **CHAPTER 13** |
| *Debtor.* | : | **BKY. NO. 23-12561 (PMM)** |

_____

### CERTIFICATE OF SERVICE OF DEBTOR'S FIRST AMENDED PLAN

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtor's First Amended Plan to be served this 24th day of April, 2024 upon all creditors and those required to receive notice via the court's electronic filing service.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By: ***/s/Maggie S. Soboleski***
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: APRIL 24, 2024