IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chardae Taylor<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>23-12561-pmm |
| Ardent Credit Union<br>　　　Movant.<br>v. | CHAPTER 13 |
| Chardae Taylor<br>　　　Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　　Additional Respondent. | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
　　　Creditor Name: Ardent Credit Union
　　　Incorrect Address: 1500 Springs Garden Street, Suite 500, Philadelphia PA 19130

Corrected Address:

　　　Creditor Name: Ardent Credit Union
　　　Correct Address: 1601 Cherry Street, Suite 2000, Philadelphia PA 19102

Dated:　May 21, 2024

/s/ Christopher A. DeNardo
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800

## <u>CERTIFICATE OF SERVICE</u>

  I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 21st day of May, 2024:

Chardae Taylor
942 Bridge Street
Philadelphia, PA 19124

Maggie Soboleski, Esquire
2705 Bainbridge Street
Philadelphia, PA 19146
msoboles@yahoo.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

  I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com