IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chardae Taylor<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-12561-pmm |
| Ardent Credit Union<br>    Movant.<br>v. | CHAPTER 13 |
| Chardae Taylor<br>    Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Ardent Credit Union, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

| | |
|---|---|
| Dated:  May 22, 2024 | Respectfully submitted,<br>BY:/s/ Christopher A. DeNardo<br>Christopher A. DeNardo 78447<br>Heather Riloff - 309906<br>Leslie J. Rase, 58365<br>LOGS Legal Group LLP<br>985 Old Eagle School Road, Suite 514<br>Wayne, PA 19087<br>(610) 278-6800<br>logsecf@logs.com |

LLG File #: 24-070886

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chardae Taylor<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>23-12561-pmm |
| Ardent Credit Union<br>　　　Movant.<br>v. | CHAPTER 13 |
| Chardae Taylor<br>　　　Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>　　　Additional Respondent. | |

## **CERTIFICATE OF SERVICE**

　　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 22nd day of May, 2024:

Chardae Taylor
942 Bridge Street
Philadelphia, PA 19124

Maggie Soboleski, Esquire
2705 Bainbridge Street
Philadelphia, PA 19146
msoboles@yahoo.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com