# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: CHARDAE TAYLOR,**  :  **CHAPTER 13**

      *Debtor.*  :  **BKY. NO. 23-12561 (PMM)**

___

## CERTIFICATE OF SERVICE OF DEBTOR'S THIRD AMENDED PLAN

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtor's Third Amended Plan to be served this 12th day of August, 2024 upon all creditors and those required to receive notice via the court's electronic filing service.

Respectfully submitted,

*CENTER CITY LAW OFFICES, LLC*

By: ***/s/Maggie S. Soboleski***
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: August 12, 2024