United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12561-pmm

Chardae Taylor  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Aug 29, 2024  Form ID: 155  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chardae Taylor, 942 Bridge Street, Philadelphia, PA 19124-1711 |
| 14890518 | + | Ardent Credit Union, c/o Christopher A. DeNardo Esq., 985 Old Eagle School Road, Suite 514, Wayne, PA 19087-1712 |
| 14811026 | + | Ardent Federal Credit Union, 1601 Cherry Street, Ste. 2000, Philadelphia, PA 19102-1305 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14810391 | + | Email/Text: jvalencia@amhfcu.org | Aug 30 2024 00:18:00 | AMERICAN HERITAGE CREDIT UNION, 2060 RED LION ROAD, Philadelphia, PA 19115-1699 |
| 14810392 | | Email/Text: collectors@arresourcesinc.com | Aug 30 2024 00:17:00 | AR RESOURCES, INC, P.O. BOX 1056, Blue Bell, PA 19422 |
| 14810393 | | Email/Text: membersolutions@ardentcu.org | Aug 30 2024 00:17:00 | ARDENT CREDIT UNION, 200 N. 16TH STREET, P.O. BOX 7480, Philadelphia, PA 19120 |
| 14810394 | ^ | MEBN | Aug 30 2024 00:07:09 | ARS ACCOUNT RESOLUTION, 1643 NW 136 AVE BLVD, SUITE H, Fort Lauderdale, FL 33323-2857 |
| 14890445 | + | Email/Text: membersolutions@ardentcu.org | Aug 30 2024 00:17:00 | Ardent Credit Union, 1601 Cherry St, Suite 2000, Philadelphia , PA 19102-1305 |
| 14827439 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2024 00:26:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14828328 | | Email/Text: megan.harper@phila.gov | Aug 30 2024 00:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14812515 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2024 00:15:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14814033 | ^ | MEBN | Aug 30 2024 00:07:14 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14825884 | ^ | MEBN | Aug 30 2024 00:07:08 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14810395 | | Email/Text: camanagement@mtb.com | Aug 30 2024 00:17:00 | M&T BANK, ONE FOUNTAIN PLAZA, Buffalo, NY 14203 |
| 14810396 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2024 00:18:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 155 | Total Noticed: 18 |

| Recip ID | Bypass Reason | Contact Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14823984 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2024 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14815862 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2024 00:16:41 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812024 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 30 2024 00:27:08 | U.S. Department of Housing and Urban Development, Office of Regional Counsel, The Strawbridge Building, 12th Floor, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14810397 | *+ | AMERICAN HERITAGE CREDIT UNION, 2060 RED LION ROAD, Philadelphia, PA 19115-1699 |
| 14810940 | *+ | AMERICAN HERITAGE CREDIT UNION, 2060 RED LION ROAD, Philadelphia, PA 19115-1699 |
| 14810398 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR RESOURCES, INC, P.O. BOX 1056, Blue Bell, PA 19422 |
| 14810941 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR RESOURCES, INC, P.O. BOX 1056, Blue Bell, PA 19422 |
| 14810942 | *P++ | ARDENT CREDIT UNION, 1500 SPRING GARDEN STREET, STE 500, PHILADELPHIA PA 19130-4070, address filed with court:, ARDENT CREDIT UNION, 200 N. 16TH STREET, P.O. BOX 7480, Philadelphia, PA 19120 |
| 14810399 | *P++ | ARDENT CREDIT UNION, 1500 SPRING GARDEN STREET, STE 500, PHILADELPHIA PA 19130-4070, address filed with court:, ARDENT CREDIT UNION, 200 N. 16TH STREET, P.O. BOX 7480, Philadelphia, PA 19120 |
| 14810400 | *+ | ARS ACCOUNT RESOLUTION, 1643 NW 136 AVE BLVD, SUITE H, Fort Lauderdale, FL 33323-2857 |
| 14810943 | *+ | ARS ACCOUNT RESOLUTION, 1643 NW 136 AVE BLVD, SUITE H, Fort Lauderdale, FL 33323-2857 |
| 14810401 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, ONE FOUNTAIN PLAZA, Buffalo, NY 14203 |
| 14810944 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, ONE FOUNTAIN PLAZA, Buffalo, NY 14203 |
| 14810402 | *+ | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |
| 14810945 | *+ | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Ardent Credit Union logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: 155 | Total Noticed: 18 |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MAGGIE S SOBOLESKI
on behalf of Debtor Chardae Taylor msoboles@yahoo.com 3532@notices.nextchapterbk.com

ROBERT JOHN WILSON
on behalf of Ardent Federal Credit Union bob@rwilsonlawfirm.com sharon@rwilsonlawfirm.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Chardae Taylor ) Case No. 23−12561−pmm
)
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 29, 2024                            For The Court

                                                                            Patricia M. Mayer
                                                                            Judge, United States Bankruptcy Court