**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Chardae Taylor, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Case No.   23-12561-pmm |
| | : | |
| | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #82, the "Motion"), seeking relief pursuant to 11 U.S.C. §362;

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. **On or before January 10, 2025, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.**

2. **Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.**

12/11/2024

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE