**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Chardae Taylor<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　Moving Party<br>　　vs. | NO. 23-12561 PMM |
| Chardae Taylor<br>　　　　　　Debtor(s) | |
| Kenneth E. West<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this __26th__ day of __December__, 2024 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

United States Bankruptcy Judge