**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHARDAE TAYLOR,     :
    DEBTOR.      :   **CHAPTER 13**
            :   **NO.:  23-12561 (DJB)**
            :

---

**ORDER**

   AND NOW, this _____ day of _____, 2026, upon consideration

of the *Debtor's Motion to Modify the Confirmed Chapter 13 Plan, (doc. #98, the Motion):*

IT IS HEREBY ORDERED that the Debtor's Motion is GRANTED;  and the *Modified Plan
(7th Amended) (doc. #110)* is approved.

         BY THE COURT:

         _____

**Date: February 20, 2026**   DEREK J. BAKER
         U.S. BANKRUPTCY JUDGE

Notice:

Maggie S. Soboleski, Esquire (Debtor's counsel)
msoboles@yahoo.com

Debtor, Chardae Taylor

All parties on the Clerk's Service List