United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-12561-djb

Chardae Taylor                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

**Recip ID                     Recipient Name and Address**
db                    + Chardae Taylor, 942 Bridge Street, Philadelphia, PA 19124-1711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Chardae Taylor msoboles@yahoo.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT JOHN WILSON | on behalf of Ardent Federal Credit Union bob@rwilsonlawfirm.com  sharon@rwilsonlawfirm.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: Feb 20, 2026                       Form ID: pdf900                            Total Noticed: 1

WILLIAM EDWARD MILLER
                on behalf of Creditor Ardent Credit Union wmiller@logs.com  logsecf@logs.com


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: CHARDAE TAYLOR,** | **:** | |
| **DEBTOR.** | **:** | **CHAPTER 13** |
| | **:** | **NO.:  23-12561 (DJB)** |
| | **:** | |

_____

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration

of the *Debtor's Motion to Modify the Confirmed Chapter 13 Plan, (doc. #98, the Motion):*

IT IS HEREBY ORDERED that the Debtor's Motion is GRANTED;  and the *Modified Plan
(7th Amended) (doc. #110)* is approved.

BY THE COURT:

_____

**Date: February 20, 2026**

DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

Notice:

Maggie S. Soboleski, Esquire (Debtor's counsel)
msoboles@yahoo.com

Debtor, Chardae Taylor

All parties on the Clerk's Service List