United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-12561-djb |
|---|---|
| Chardae Taylor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID                   Recipient Name and Address**
db                    +  Chardae Taylor, 942 Bridge Street, Philadelphia, PA 19124-1711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name                        Email Address**

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI
                    on behalf of Debtor Chardae Taylor msoboles@yahoo.com  3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT JOHN WILSON
                    on behalf of Ardent Federal Credit Union bob@rwilsonlawfirm.com  sharon@rwilsonlawfirm.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
                    on behalf of Creditor Ardent Credit Union wmiller@logs.com  logsecf@logs.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 24, 2026                       Form ID: pdf900                                Total Noticed: 1

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Chardae Taylor <br> <u>Debtor</u> | Chapter 13 |
| Lakeview Loan Servicing, LLC <br> <u>Movant</u> <br> v. | NO. 23-12561 DJB |
| Chardae Taylor <br> <u>Debtor</u> | 11 U.S.C. Section 362 |
| Kenneth E. West <br> <u>Trustee</u> | |

**ORDER**

AND NOW, this          day of                    , 2026 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 26, 2024, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 942 Bridge Street, Philadelphia, PA 19124 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

_____
United States Bankruptcy Judge.

**Date: April 24, 2026**